UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

In re:

Gregory Brian Myers,
Debtor.

_____,
Plaintiff,

v.

_____,
Defendant.

Case No. 25-00069-ELG

Chapter 13

A.P. No. _____

FILED
MAR 10 2025
Clerk, U.S. District and Bankruptcy Courts

## MOTION

Gregory Brian Myers (name) hereby moves the Court for the following relief:

Debtor requests that the Court grant a fourteen (14) day enlargement of time for the Debtor to file his schedules, statement of financial affairs, Chapter 13 plan, and all other documents required to be filed in this case through and until March 26, 2025.

Date: March 10, 2025

Signature: [signed]

Name (Printed): Gregory Brian Myers

Address: 4301 50th Street, N.W., Ste 300
Washington, DC 20016

Phone Number: (301) 325-2312

Email: gregbmyers@verizon.net