**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

In re:

    GREGORY BRIAN MYERS,                          Case No. 25-00069-ELG
                                                                             Chapter 13

        Debtor.
_____/

**EX PARTE MOTION TO APPEAR *PRO HAC VICE* AND**
**REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 2090-1(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States Bankruptcy Court for the District of Columbia, the undersigned respectfully moves for the admission *pro hac vice* of Drew M. Dillworth, Esq. and Julia Anne Osmolia, Esq., of the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., 150 West Flagler St., Suite 2200, Miami, FL 33130, (305)789-3200 (collectively the "Movants"), for purposes of appearance as counsel on behalf of interested parties NAPLES PROPERTY HOLDING COMPANY, LLC, NAPLES BEACH CLUB LAND TRUST TRUSTEE, LLC, as Trustee, NAPLES BEACH CLUB PHASE II and III LAND TRUST TRUSTEE, LLC, as Trustee, and NBC CLUB OWNER, LLC, Tides Note on Note Lender I, LLC (collectively the "Interested Parties") in the above-styled case and to permit Drew M. Dillworth and Julia Anne Osmolia to receive electronic filings in this case, and in support thereof states as follows:

    1.       Movant, Drew Dillworth, of the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., 150 West Flagler St., Suite 2200, Miami, FL 33130, (305)789-3598, is not admitted to practice in the District of Columbia and is a member in good standing of The Florida Bar and of the United States Bankruptcy Court for the Southern District of Florida (Florida Bar No. 167835) and is authorized to file through the Court's electronic filing system.

    2.       Movant, Julia Anne Osmolia, of the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., 150 West Flagler St., Suite 2200, Miami, FL 33130, (305)789-3598, is

1

not admitted to practice in the District of Columbia and is a member in good standing of The Florida Bar and of the United States Bankruptcy Court for the Southern District of Florida (Florida Bar No. 1035614) and is authorized to file through the Court's electronic filing system.

3. Movants consent to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.

4. In accordance with the local rules of this Court, Drew M. Dillworth and Julia Anne Osmolia have made payment of this Court's $100.00 admission fee.

5. Drew M. Dillworth, by and through designated counsel, hereby requests the Court to provide Notice of Electronic Filings at email address: ddillworth@stearnsweaver.com.

6. Julia Anne Osmolia, by and through designated counsel, hereby requests the Court to provide Notice of Electronic Filings at email address: jaosmolia@stearnsweaver.com.

**WHEREFORE**, Movants respectfully request that this Court to enter an Order (i) admitting Julia Anne Osmolia, Esq. and Drew M. Dillworth, Esq. to practice before this Court *pro hac vice* on behalf of NAPLES PROPERTY HOLDING COMPANY, LLC, NAPLES BEACH CLUB LAND TRUST TRUSTEE, LLC, as Trustee, NAPLES BEACH CLUB PHASE II and III LAND TRUST TRUSTEE, LLC, as Trustee, and NBC CLUB OWNER, LLC, Tides Note on Note Lender I, LLC for all purposes relating to the proceedings in the above-styled matter and (ii) directing the Clerk to provide notice of electronic filings to Julia Anne Osmolia, Esq. and Drew M. Dillworth, Esq.

Dated: March 19, 2025

Respectfully submitted,

**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
150 West Flagler Street
Museum Tower, Suite 2200
Miami, Florida 33130
Telephone:  (305) 789-3553
Facsimile:   (305) 789-3395

By: */s/ Drew M. Dillworth*
DREW M. DILLWORTH, ESQ.
Florida Bar No. 167835
ddillworth@stearnsweaver.com

*/s/ Julia Anne Osmolia*
JULIA ANNE OSMOLIA, ESQ.
Florida Bar No. 1035614
jaosmolia@stearnsweaver.com
Stearns Weaver Miller Weissler
Alhadeff & Sitterson, P.A.
150 West Flagler St.
Suite 2200
Miami, FL 33130
Telephone:(305) 789-3200

(*Pro Hac Pending*)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 19, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

By: */s/ Drew M. Dillworth*
DREW M. DILLWORTH, ESQ.

3

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

In re:

    GREGORY BRIAN MYERS,          Case No. 25-00069-ELG
                                                                Chapter 13
    Debtor.
_____/

**ORDER GRANTING EX PARTE MOTION TO APPEAR *PRO HAC VICE* AND
REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

**THIS CAUSE** having come before the Court without a hearing on the *Ex Parte Motion to Appear Pro Hac Vice for Drew M. Dillworth, Esq. and Julia Anne Osmolia, Esq., and Request to Electronically Receive Notices of Electronic Filing* [ECF No. ___] (the "Motion") filed by Drew M. Dillworth, Esq. and Julia Anne Osmolia, Esq.  This Court, having considered the Motion and all other relevant factors, does—

**ORDER AND ADJUDGE** that:

1.     The Motion is **GRANTED**.

2.     Drew M. Dillworth, Esq. and Julia Anne Osmolia, Esq., are admitted to practice before this Court *pro hac vice* in this action on behalf of NAPLES PROPERTY HOLDING COMPANY, LLC, NAPLES BEACH CLUB LAND TRUST TRUSTEE, LLC, as Trustee, NAPLES BEACH CLUB PHASE II and III LAND TRUST TRUSTEE, LLC, as Trustee, and NBC CLUB OWNER, LLC, Tides Note on Note Lender I, LLC.

4

3.	The Clerk shall provide electronic notification of all electronic filings to Drew M. Dillworth, at ddillworth@stearnsweaver.com and to Julia Anne Osmolia at jaosmolia@stearnsweaver.com.

# # #

Submitted by:

Drew M. Dillworth, Esq.
Florida Bar No. 167835
ddillworth@stearnsweaver.com
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
150 West Flagler Street
Museum Tower, Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile:   (305) 789-3395

#13548254 v1