# Exhibit "2"

INSTR 6143569  OR 6027  PG 124  E-RECORDED 10/15/2021 8:44 AM  PAGES 5
CLERK OF THE CIRCUIT COURT AND COMPTROLLER, COLLIER COUNTY FLORIDA
DOC@.70 $0.70  REC $44.00
CONS $10.00

Prepared by:

Cheffy Passidomo, P.A.
821 Fifth Avenue South
Naples, Florida 34102
Attention: John M. Passidomo
Telephone: (239) 261-9300
File Number: 12913-0001

Tax Parcel ID No:
13400800143

**NOTE TO CLERK**: This deed is one (1) of four (4) deeds executed by Grantor, each of which respectively conveys one (1) or more of tracts BE, H-1, H-2, M-1, OS-1, RT-2 and RT-2 of The Naples Beach Club according to the plat thereof in Plat Book 68, Pages 52 through 56 of the Public Records of Collier County, Florida, to separate grantees, all of which said deeds and said tracts are part of a single sale transaction and, when taken together, convey all of said land comprising The Naples Beach Club. There is no allocation of the purchase price to any of the tracts that are the subject of the sale transaction. Documentary stamps payable in respect to the entire sale transaction have been paid on only the first (1st) of four (4) deeds submitted for recording, however, a nominal tax of $0.70 has been paid in respect of each of the other three (3) deeds.

## SPECIAL WARRANTY DEED TO TRUSTEE UNDER LAND TRUST AGREEMENT

THIS SPECIAL WARRANTY DEED TO TRUSTEE UNDER LAND TRUST AGREEMENT is made on October 14, 2021 (this "Deed"), between

Naples Golf and Beach Club, Inc., a Florida corporation,

having a mailing address at P.O. Box Number 8509, Naples, Florida 34101 ("Grantor") and

Naples Beach Club Land Trust Trustee, LLC, a Delaware limited liability company, as trustee under the provisions of that certain Land Trust Agreement, dated as of May 27, 2021 (as the same may be modified, amended, restated and supplemented from time to time, the "Trust Agreement"), and known as The Naples Beach Club Land Trust I,

having a mailing address at 821 Fifth Avenue South, Naples, Florida 34102 ("Grantee"),

**WITNESSETH**, that the said Grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other valuable considerations, receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold, remised, released, conveyed and confirmed unto said

2041451.07-NYCSR03A - MSW

"Grantee", it's successors and assigns forever, following described land, situate, lying and being in the County of Collier, State of Florida, to-wit:

See Exhibit A attached hereto and made a part hereof (the "Property");

**SUBJECT** to those matters of record described on Schedule 1 attached hereto and made a part hereof.

**TOGETHER** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**TO HAVE AND TO HOLD** the same in fee simple forever.

**AND** Grantor hereby covenants with said Grantee that Grantor is lawfully seized of said Property in fee simple; that it has good right and lawful authority to sell and convey said Property; and that said Property is free of all encumbrances subject to 2021 taxes; and hereby fully warrants the title to said Property and will defend the same against the lawful claims of all persons claiming by, through or under Grantor, but against none others, except, however, that, as to the North 5 feet of said Property and solely as to said North 5 feet of said Property, Grantor by this deed conveys to Grantee any and all right, title and interest in and to said North 5 feet of said Property absent the foregoing covenants and warranty herein which are intentionally intended not to apply to said North 5 feet of said Property.

Pursuant to Florida Statute §689.071, full power and authority is hereby granted to Trustee to protect, conserve, improve, sell, lease, encumber or otherwise to manage and dispose of the Property conveyed by this Deed.

By its acceptance of this deed the Grantee declares that the interest of any beneficiary hereunder and under the Trust Agreement is to be personal property and may be assigned and transferred as such. Although legal and record title to the Property shall be held by Trustee pursuant to the terms of this Deed and the Trust Agreement, the rights, benefits and obligations with respect to the Property (including the power of direction under Florida Statute §689.071) shall belong exclusively to the respective beneficiary thereof.

[Signature Appears on Following Page]

2041451.07-NYCSR03A - MSW

IN WITNESS WHEREOF, Grantor has signed and sealed these presents on the date first above written.

GRANTOR:

**NAPLES GOLF AND BEACH CLUB, INC.,**
a Florida corporation

By: _____
Name: Mohammad A. Azami
Title: Vice President

Signed, sealed and delivered in our presence:

_____
Witness Signature
Print Name __Alexandra Gabel__

_____
Witness Signature
Print Name: __Richard J. Grant__

## ACKNOWLEDGMENT

STATE OF FLORIDA
COUNTY OF COLLIER

The foregoing instrument was acknowledged before me by means of ✓ physical presence or ___ online notarization, this 23rd day of September, 2021 by Mohammad A. Azami, Vice President of Naples Golf and Beach Club, Inc., a Florida corporation, who is personally known to me or who has produced _____ as identification.



ALEXANDRA DEANE GABEL
MY COMMISSION # HH 067866
EXPIRES: March 23, 2025
Bonded Thru Notary Public Underwriters

_____
Notary Public

Print Name: _____

My Commission Expires: _____

*Signature Page to Special Warranty Deed (Tract RT-2)*

EXHIBIT A

Legal Description

The Property

Tract RT-2 of The Naples Beach Club Plat recorded in Plat Book 68, Pages 52 through 56 of the Public Records of Collier County, Florida

2041451.07-NYCSR03A - MSW

## SCHEDULE 1

### Permitted Exceptions

1. Taxes and assessments for the year 2021 and subsequent years, which are not yet due and payable.

2. Easements, Dedications and other matters set forth on the Plat of Coquina Sands Unit No. 1 recorded in Plat Book 3, Page 21-22.

3. Temporary Beach Restoration Easements to the City of Naples recorded in O.R. Book 3918, Page 3970, O.R. Book 3918, Page 4133 and O.R. Book 3919, Page 60, which contains provisions for but not limited to the following: All rights shall automatically terminate on December 31, 2024.

4. Development Agreement recorded in O.R. Book 5630, Page 1809.

5. Perpetual Easement in favor of the City of Naples set forth in Development Agreement recorded in O.R. Book 5630, Page 1809.

6. Development Agreement recorded in O.R. Book 5707, Page 2081.

7. Declaration of Covenants and Deed Restrictions recorded in O.R. Book 5764, Page 1085.

8. Restrictions, dedications, conditions, reservations, easements and other matters shown on the plat of The Naples Beach Club, as recorded in Plat Book 68, Page(s) 52-56.

9. The right, title or interest, if any, of the public to use as a public beach or recreation area any part of the land lying between the water abutting the land and the most inland of any of the following: (a) the natural line of vegetation; (b) the most extreme high water mark; (c) the bulkhead line, or (d) any other line which has been or which hereafter may be legally established as relating to such public use.

10. The Coastal Construction Control Line established pursuant to Section 161.052 and Section 161.053, Florida Statutes, recorded in Coastal Setback Line Book 1, Page 1 et. seq. and Administrative Rules recorded in O.R. Book 1452, Page 258, together with the statutory restrictions and requirements imposed in connection therewith, including the Disclosure and Survey requirements pursuant to Section 161.57, Florida Statutes.

11. Notice by the Department of Environmental Protection, State of Florida, regarding the terms and provisions of permits and permitted activities seaward of the Coastal Construction Control Line, recorded in O.R. Book 4566, Page 1950.

2041451.07-NYCSR03A - MSW