The order below is hereby signed.

Signed: March 19 2025



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In re:

    GREGORY BRIAN MYERS,                    Case No. 25-00069-ELG
                                                                   Chapter 13

        Debtor.

_____/

## ORDER GRANTING EX PARTE MOTION TO APPEAR *PRO HAC VICE* AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

**THIS CAUSE** having come before the Court without a hearing on the *Ex Parte Motion to Appear Pro Hac Vice for Drew M. Dillworth, Esq. and Julia Anne Osmolia, Esq., and Request to Electronically Receive Notices of Electronic Filing* [ECF No. 17] (the "Motion") filed by Drew M. Dillworth, Esq. and Julia Anne Osmolia, Esq. This Court, having considered the Motion and all other relevant factors, does—

**ORDER AND ADJUDGE** that:

1.      The Motion is **GRANTED**.

2.      Drew M. Dillworth, Esq. and Julia Anne Osmolia, Esq., are admitted to practice before this Court *pro hac vice* in this action on behalf of NAPLES PROPERTY HOLDING COMPANY, LLC, NAPLES BEACH CLUB LAND TRUST TRUSTEE, LLC, as Trustee, NAPLES BEACH CLUB PHASE II and III LAND TRUST TRUSTEE, LLC, as Trustee, and NBC CLUB OWNER, LLC, Tides Note on Note Lender I, LLC.

4

3.  The Clerk shall provide electronic notification of all electronic filings to Drew M. Dillworth, at ddillworth@stearnsweaver.com and to Julia Anne Osmolia at jaosmolia@stearnsweaver.com.

I ASK FOR THIS:

Drew M. Dillworth, Esq.
Florida Bar No. 167835
ddillworth@stearnsweaver.com
**STEARNS WEAVER MILLER WEISSLER**
**ALHADEFF & SITTERSON, P.A.**
150 West Flagler Street
Museum Tower, Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile:  (305) 789-3395

*Counsel for Interested Parties*

cc:
Drew M. Dillworth, Esq.
**STEARNS WEAVER MILLER WEISSLER**
**ALHADEFF & SITTERSON, P.A.**
150 West Flagler Street
Museum Tower, Suite 2200
Miami, Florida 33130

Julia Anne Osmolia, Esq.
**STEARNS WEAVER MILLER WEISSLER**
**ALHADEFF & SITTERSON, P.A.**
150 West Flagler Street
Museum Tower, Suite 2200
Miami, Florida 33130

**END OF ORDER**

#13548254 v1