# Notice Recipients

District/Off: 0090–1  User: admin  Date Created: 3/20/2025
Case: 25–00069–ELG  Form ID: pdf001  Total: 2

**Recipients of Notice of Electronic Filing:**
db    Gregory Brian Myers    gregbmyers@verizon.net
ust    U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 2