**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

In re:                                                      Case No. 25-00069-ELG

GREGORY BRIAN MYERS,                                        Chapter 13

    Debtor.
_____/

## NOTICE OF APPEAL

Debtor, GREGORY BRIAN MYERS, hereby appeals to the United States District Court for the District of Columbia from the <u>ORDER GRANTING DISMISSAL AND RETAINING JURISDICTION</u> entered March 26, 2025 (Doc 30), a copy of which is attached hereto as **Exhibit A**.

Dated: April 2, 2025

                                                  Respectfully submitted,

                                                  Gregory B. Myers, pro se
                                                  700 Gulf Shore Blvd. N.
                                                  Naples, Florida 34102
                                                  (301) 325-2312
                                                  *gregbmyers@verizon.net*