```
MIME-Version:1.0
From:DCD_ECFNotice@dcd.uscourts.gov
To:DCD_ECFNotice@localhost.localdomain
Bcc:
--Case Participants: Judge Ana C. Reyes (acr_dcdecf@dcd.uscourts.gov,
chashawn_white@dcd.uscourts.gov, guillermo_martinez@dcd.uscourts.gov,
jonathan_duval@dcd.uscourts.gov, samantha_blond@dcd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<9482369@dcd.uscourts.gov>
Subject:Activity in Case 1:25-cv-00861-ACR IN RE GREGORY BRIAN MYERS Order
Content-Type: text/html
```

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 4/16/2025 at 11:10 AM and filed on 4/16/2025

| | |
|---|---|
| **Case Name:** | IN RE GREGORY BRIAN MYERS |
| **Case Number:** | 1:25-cv-00861-ACR |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**MINUTE ORDER. Pursuant to [2] Notice of Voluntary Dismissal, this case is dismissed without prejudice. The Court ORDERS the Clerk of the Court to terminate this case. Signed by Judge Ana C. Reyes on 4/15/2025. (lcacr3)**

**1:25-cv-00861-ACR Notice has been electronically mailed to:**

**1:25-cv-00861-ACR Notice will be delivered by other means to::**

GREGORY BRIAN MYERS
4301 50th St. NW
Suite 300
Washington, DC 20016