**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

In re:                                                                    Case No. 25-00069-ELG

GREGORY BRIAN MYERS,                                  Chapter 13

Debtor.
_____/

### NOTICE OF FILING

For the Court's consideration, GREGORY BRIAN MYERS ("Mr. Myers"), hereby files in the record of this case true and accurate copies of the following:

1. Partial TRANSCRIPT OF HEARING on December 12, 2017, in Adv. Case No. 16-00474 in the UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND, a copy of which is attached hereto as **Exhibit A**.

Dated: April 29, 2025

Respectfully submitted,

Gregory B. Myers, pro se
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
gregbmyers@verizon.net



1